**COURT MINUTES**

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JAMES BLAKE BEESON (J)     CASE NO: 00-4118-SNOW

AUSA: ED RYAN     ATTY: _Bruce Lyons (Temp)_

AGENT: DEA     VIOL: PWID _MDMA_

PROCEEDING I/A ON COMPLAINT     RECOMMENDED BOND 100,000 CSB / 10%

BOND HEARING HELD - yes/no _set_     COUNSEL APPOINTED

BOND SET @ _10,000 10% + 100,000 PSB_

SPECIAL CONDITIONS:

1) To be cosigned by: _his ctr._
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/month in person
3) Travel extended to: _S.D.FL_

_Def. not to possess +_
_firearms of any kind_

_Bond set — to set for heart re anal_
_at prelim/arr._

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: 5-30    11    LSS

                     PTD/BOND HRG:

                     PRELIM/ARRAIGN: June 9   12   BSS

                     REMOVAL HRG:

                     STATUS CONF:

Date: 5/22/00    Time 11:00    FTL/LSS TAPE #00- _035_   Begin: _2630_   End: _2933_