UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-M4119

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BLAKE BEESON

    Defendant.
_____/



### MOTION FOR PERMISSION TO TRAVEL FOR WORK PURPOSES ONLY

COMES NOW, the defendant, JAMES BLAKE BEESON and request this United State Magistrate grant him a special permission for work purposes only in which date as follows:

1. Defendant was recently released on bond of One Hundred Thousand Dollars ($100,000.00) personal assurity with 10% being deposited into the registry of the Court. Additionally, defendant was told to report one week by telephone and one time per month in person.

2. Darwin Crenshaw, is the pretrial service Officer in this District assigned to this defendant.

3. The defendant was required and did surrender his passport and his travel has been limited to the Southern District of Florida.

4. The defendant is a real estate developer and is required on occasion to travel for work purposes throughout the United States.

5. The defendant must request this Court to give him permission to travel for work purposes, locations within the continental United States upon the presentation to the pretrial services office of exact itinerary within a reasonable period of time prior to the scheduled departure.

6. The undersigned has confirmed with the pretrial services counselor, who indicates he has no objections to the Court granting this

release, so long as advance notice is given to him and an itinerary is provided.

7. The undersigned attempted to contact Assistant United States attorney, Ryan who was present at the first appearance hearing and a message was left on his voice mail.

8. Other grounds to be argued *ore tenus*.

WHEREFORE the defendant, JAMES BLAKE BEESON respectfully request this Court for the relief requested herein.

Respectfully Submitted,

LYONS AND SANDERS CHARTERED
Counsel for Defendant
600 N.E.3rd Avenue
Ft. Lauderdale, Fl. 33301
(954) 467-8700

BY
BRUCE M. LYONS, ESQUIRE
FL. BAR NO. 104975

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion For Permission to Travel for Work Purposes Only was sent to: Mr. Darwin Crenshaw, Pretrial Services Office, 299 East Broward Blvd., Suite 301, Ft. Lauderdale, Florida 33301 and delivered, by hand to Herbert Ryan, Assistant United States Attorney, the Office of the United States Attorney, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 this __ day of May, 2000.

BY
BRUCE M. LYONS, ESQUIRE
FL. BAR NO. 104975

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.                    **O R D E R**

JAMES BLAKE BEESON,

　　Defendant.
_____/

THIS CAUSE having come on to be heard upon the Motion for Permission to Travel for Work Purposes Only and the Court having reviewed the file, and being otherwise advised in the premises, it is hereupon,

ORDERED and ADJUDGED that said Motion for Permission to Travel for Work Purposes Only is hereby GRANTED/DENIED _____

_____

_____

_____

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

_____
US MAGISTRATE JUDGE LURANA SNOW

Copies Furnished:

Office of the United States Attorney
Lyons and Sanders - Defense Counsel
James Blake Beeson, Defendant