COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JAMES BLAKE BEESON (B)     CASE NO: 00-4118-SNOW
AUSA: ED RYAN Thompson           ATTY: BRUCE LYONS, (temp) pres
AGENT:                           VIOL:
PROCEEDING INQUIRY RE COUNSEL    RECOMMENDED BOND
BOND HEARING HELD - yes/no       COUNSEL APPOINTED
    BOND SET @
    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Bruce Lyons filed plea appearance.

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
                      PTD/BOND HRG:
                      PRELIM/ARRAIGN: 6-9    12    BSS
                      REMOVAL HRG:
                      STATUS CONF:

Date: 5-30-00   Time 11:00   FTL/LSS TAPE #00-027   Begin: 977   End: 1024

[FILED by ___ D.C. MAY 3 0 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]