UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-M4118

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JAMES BLAKE BEESON,
    Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE
### AS COUNSEL OF RECORD FOR TRIAL ONLY

COMES NOW, BRUCE M. LYONS, ESQUIRE, and files this appearance as counsel of record for trial only, for the above named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

COUNSEL hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rules and with the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

I HEREBY CERTIFY that a true copy of the foregoing Notice of Permanent Appearance as Counsel of Record for trial only has been delivered, by hand, this 30th day of MAY, 2000, to the



Office of the United States Attorney, 299 East Broward Boulevard,

Fort Lauderdale, Florida 33301.

                            LYONS AND SANDERS CHARTERED
                            Counsel for Defendant
                            600 N.E. 3rd Avenue
                            Ft. Lauderdale, Fl.  33301
                            (954) 467-8700
                            (954) 763-4856 telecopier

BY _____
     BRUCE M. LYONS, ESQUIRE
     FL. BAR NO. 104975