ERR:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6158** CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

21 USC §846
21 USC §841(a)(1)
18 USC §2

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
vs.                       )
                          )
JAMES BLAKE BEESON,       )
                          )
            Defendant.    )
_____ )



### INDICTMENT

The Grand Jury charges that:

### COUNT I

20

From on or about May 15, 2000 through on or about May 19,
2000, at Broward County, in the Southern District of Florida, the
defendant,

### JAMES BLAKE BEESON,

did knowingly and intentionally combine, conspire, confederate and
agree with persons known and unknown to the Grand Jury to possess
with intent to distribute a Schedule I controlled substance, that
is, a mixture and substance containing a detectable amount of

13 pr

methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.

<u>COUNT II</u>

On or about May 19, 2000, at Broward County,  in the Southern District of Florida, the defendant,

JAMES BLAKE BEESON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of methylenedioxymethamphetamine (MDMA); in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES OF AMERICA        CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

<u>JAMES BLAKE BEESON</u>
**Court Division**: (Select One)

____ Miami ____ Key West
__X__ FTL ____ WPB ____ FTP

**Superseding Case Information**:
New Defendant(s)        Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No) _____ NO _____
      List language and/or dialect _____ English _____

4.    This case will take __3__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | __X__ |
| V | 61 days and over | ____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No)   Yes _____
If yes:
Magistrate Case No. _00-4118 SNOW_
Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of_No_
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____
Is this a potential death penalty case? (Yes or No)    No
7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No    If yes, was it pending in the Central Region? ___ Yes _x_ No

EDWARD . RYAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A500053

\*Penalty Sheet(s) attached                                REV.4/7/99

AO 190 (9/91)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __JAMES BLAKE BEESON_____ No.:_____
Count #I:
Conspiracy to possess with intent to distribute Methylenedioxymethamphetamine; in

violation of 21:841(a)(1)..

_____

*Max Penalty: Twenty (20) years' imprisonment; $1,000,000 fine._____

_____

_____

Count #: II
Possession with intent to distribute Methylenedioxymethamphetamine; in violation of

21:841(a)(1).

_____

_____

*Max Penalty: Twenty (20) years' imprisonment; $1,000,000 fine

_____

Count #:

_____

*Max Penalty:

_____

Count #:

_____

_____

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96