DEFT: James Blake Beeson (B)    CASE NO: 00-6155-CR-Dimitrouleas

AUSA: Ed Ryan    ATTNY: Bruce Lyons

AGENT: _____    VIOL: _____

PROCEEDING: ~~Prelim~~/Arraignment    BOND REC:

FILED by ___ D.C. JUN 9 2000 CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing discovery order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-23-00 | 11:00am | Snow |

DATE: 6-9-00    TIME: 11:00am    TAPE # 00- ____    PG #