

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6158-CR-Dimitrouleas

UNITED STATES OF AMERICA

    vs

JAMES BLAKE BEESON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on June 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | | |
|---|---|---|
| DEFENDANT: | Address: | On Bond |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | Bruce Lyons |
| | Address: | |
| | Telephone: | |
| BOND SET/CONTINUED: | $ | |

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __9th__ day of __June__, 2000

CARLOS JUENKE, CLERK OF THE COURT,

By: _Cindy Jorden_
    Deputy Clerk

Tape No. __00-047__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services