UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4118-SNOW  6158-CR-WPD

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

JAMES BLAKE BEESON, JR., et al.

    Defendants.  :



FILED by _____ D.C.

JUN 1 3 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE is before the Court on defendant **James Blake Beeson's,** Motion for Permission to travel for Work Purposes Only (filed May 26, 2000). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED. Counsel for the defendant shall file a motion to travel each time the defendant wishes to leave the Southern District of Florida.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of June, 2000.

                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ed Ryan (FTL)
PTSO Darwin Crenshaw (FTL)
Bruce Lyons, Esq.

