**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6158-CRD Seitzer
Dimitrioileas

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JAMES BLAKE BEESON,**

**Defendant.**

_____/



### DEFENDANT'S NOTICE
### OF UNAVAILABILITY

Defendant, JAMES BLAKE BEESON, by and through the undersigned

counsel, respectfully files this Notice of Unavailability, and in

support thereof states:

1.   Undersigned counsel is the Chairperson of the Criminal Justice

     Section of the American Bar Association.

2.   Undersigned counsel will be participating as Chairperson in a

     CJC meeting beginning July 6, 2000 in New York and continuing

     in London, England through July 26, 2000.

3.   This trip and meeting has been planned for approximately two

     years and all fees for airlines, hotels and tours have been

     prepaid.

4.   On June 9, 2000, undersigned counsel's office spoke with AUSA

     Ed Ryan who advised that he has no objection to not scheduling

     any hearings and/or trials between July 6, 2000 and July 26,

     2000.



WHEREFORE, based on the above and foregoing, the Defendant respectfully requests that no hearings or trials be scheduled from July 6, 2000 through July 26, 2000.

I HEREBY CERTIFY that a true copy of the foregoing was furnished this 9th day of JUNE, 2000, to: to the Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

LYONS AND SANDERS CHARTERED
Counsel for Defendant
600 Northeast Third Avenue
Fort Lauderdale, Florida  33301
(954) 467-8700
(954) 763-4856 (telecopier)
brucelyons@aol.com (Email)

BY_____
BRUCE M. LYONS, ESQUIRE
FL. BAR NO. 104975