UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6158-CR-WPD

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

**LIMITED MOTION TO CONTINUE**

COMES NOW, the Defendant, JAMES BLAKE BEESON, by and through the undersigned counsel, and respectfully requests this Honorable Court enter an Order Continuing the Status Conference and trial currently scheduled for July 14 and July 17, 2000, respectively, and as grounds and in support thereof would show:

1. That the Indictment in this case charges events that are alleged to have taken place between the dates of May 15, 2000 through May 19, 2000.

2. The Grand Jury subsequently returned an Indictment and the Defendant was arraigned on Friday, June 9, 2000 at 11:00 am before



Magistrate Seltzer who set a Calendar Call before Magistrate Snow for Friday, June 23, 2000 at 11:00 am.

3. That counsel for the Defendant and the Government have been in contact with regard to the production of discovery which was produced via Fedex mail on June 15, 2000. In addition to the written material, there are thirteen audio cassette tapes some having conversations of at least one hour in duration.

4. That the undersigned is the current chair of the ABA Criminal Justice Council and will be in attendance in New York at that portion of the Annual Meeting from Thursday, July 6, 2000 through and including July 10, 2000 and then on vacation in France from July 11, 2000 through July 16, 2000. From July 16, 2000 through and including July 23, 2000, the undersigned will be participating in the London portion of that meeting and will not return to the United States until late Wednesday, July 26, 2000.

5. This trip has been planned for over two years and the undersigned has secured airline tickets, paid non-refundable deposits to both hotels in France and England in anticipation of this trip.

6. That the undersigned desires a limited continuance so as to give him the opportunity to both prepare this case for trial, have the thirteen tapes evaluated and transcripts made as well as to allow and permit the undersigned and his wife to participate in these Millennium 2000 events which have been planned for quite some time.

7. That a short continuance so as to give the undersigned the opportunity to participate in the events described above and to allow adequate time to prepare this case for trial is requested.

8. That subsequent to the arraignment and after conferring with AUSA Ed Ryan, the undersigned did file a Defendant's Notice of Unavailability setting for the dates of the conference and vacation time. A copy of this notice is attached hereto as an Exhibit.

9. The undersigned would specifically request that this matter be rescheduled no earlier than August 15, 2000 trial.

10. The undersigned has attached to this motion the Consent to Continue executed by the Defendant, requesting that the matter be reset and this be considered excludable delay under the Speedy Trial Act.

11. On June 9, 2000, undersigned counsel's office spoke with AUSA Ed Ryan who advised that he has no objection to the granting of the relief requested herein.

12. Neither party shall be prejudiced in the granting of the instant motion.

13. This motion is made in good faith and not for the purpose of delay or avoidance.

WHEREFORE, based on the above and foregoing, the Defendant respectfully requests this Court grant this limited continuance in accordance with the reasons stated herein.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by mail this 21ST day of JUNE, 2000, to Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

> LYONS AND SANDERS CHARTERED
> Counsel for Defendant
> 600 Northeast Third Avenue
> Fort Lauderdale, FL  33301
> Telephone: (954)467-8700
> Telecopier: (954)768-4856
> brucelyons@aol.com (Email)
>
> BY _____
>   BRUCE M. LYONS, ESQUIRE
>   FLORIDA BAR NO. 104975

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6158-CRD Dimitrouleas

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.

_____/

CONSENT TO CONTINUE

I, JAMES BLAKE BEESON, JR, the Defendant in the above-styled cause of action, do hereby consent to my attorneys, LYONS AND SANDERS CHARTERED, moving for a continuance of the above-styled cause of action at such times hereafter as deemed necessary or appropriate in their discretion. I understand that the granting of any continuance will constitute a waiver of my right to speedy trial. Under these circumstances, I consent to such a waiver of my right to speedy trial.

DATED this _____ day of _____, 2000.

_____
JAMES BLAKE BEESON, JR,
Defendant