UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6158-CR-WPD

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

### ORDER GRANTING CONTINUANCE AND RESETTING TRIAL

THIS MATTER was considered upon the Defendant's Limited Motion To Continue the trial currently pending on this Court's calendar for July 17, 2000 at Fort Lauderdale, Florida, bearing Certificate Of Service dated June 21, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter and the unavailability of counsel. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Limited Motion To Continue be and the same is hereby GRANTED. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy



Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled case is hereby removed from the trial calendar of July 17, 2000 and is hereby reset for the ___two___ -week trial calendar commencing on ___August 21, 200__, at __9:00 A__.m. in Courtroom __205E__, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Calendar Call is hereby set for ___August 18, 2000___ , at __9:00A__.m. in Courtroom __205E__, United States Courthouse, address, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the period of delay resulting from the granting of this continuance, to and including the date the trial commences shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. 316, et *seq.*

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this ___22___ day of ___June___, 2000.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Ed Ryan, Esquire, AUSA
    Bruce M. Lyons, Esquire

2