HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by D.C.
JUN 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. L.

DEFT __CLINTON G. McLENNON__  CASE NO: __00-6153-CR-FERGUSON__
AUSA __ROBERT NICHOLSON__ /Rosenthal  ATTY FPD - Pat Hunt for Wilco,
Junior Farquhason, Esq. for Winsor Steelman Fyfe  00-6153 @ 811
Disc mailed - ready - possible plea

DEFT __TERRILL MYERS__  CASE NO: __00-6119-CR-ZLOCH__
AUSA __BERTHA MITRANI__ pres  ATTY __BRUCE FLEISHER__ pres
Disc out today - govt ready  @ 870
M/ for Competency filed. Motions due July 7

DEFT __GARY LEE GERHART__  CASE NO: __00-8062-CR-ZLOCH__
AUSA __KERRY BARON__ Rosenthal  ATTY __HOWARD SCHUMACHER__
Disc out - set for trial July 31  @ 977
M/due as set forth in SDO

DEFT __RAYMOND CLARKE__  CASE NO: __00-6150-CR-ZLOCH__
AUSA __TERRY THOMPSON__ /Rosenthal  ATTY ~~PATRICK HUNT~~ Swargor
Disc out - govt ready - no tapes
probable plea - M/due July 10  @ 1:005

DEFT __JAMES BLAKE BEESON__  CASE NO: __00-6158-CR-DIMITROULEAS__
AUSA __ED RYAN__ Rosenthal  ATTY __BRUCE LYONS__ /Freitas
Disc out - govt ready  @ 1047
M/Con't pending - 11 tapes.

DEFT ____  CASE NO: ____
AUSA ____  ATTY ____

DATE __6-23-00__  TIME __11:00__