UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6158-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

JAMES BLAKE BEESON,   :

    Defendant.   :

_____

FILED by ___ D.C.

JUN 2 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on June 23, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and there is a motion for continuance pending.

2. Counsel for the defendant stated that of the eleven tape recordings he received, all but three are inaudible. Counsel has not yet reached the prosecutor to request audible copies.

DATED at Fort Lauderdale, Florida, this 27th day of June, 2000.

                        _____
                        LURANA S. SNOW
                        UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Ed Ryan (FTL)
Bruce Lyons, Esq.

