

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6158-CR-DIMITROULEAS
                                   MAGISTRATE JUDGE SELTZER
    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

### MOTION FOR SPECIAL PERMISSION TO TRAVEL

COMES NOW, the Defendant, JAMES BLAKE BEESON, by and through his undersigned counsel and requests this Honorable Court to grant him special permission to travel and as grounds therefor states as follows:

1. Defendant was released on a $100,000.00 personal surety bond. Defendant has surrendered his passport and his travel has been limited to the Southern District of Florida.

2. The Defendant's family has been in Atlanta, Georgia on vacation since June 17, 2000. The Defendant would like to go to Atlanta on July 6, 2000 to spend some time visiting with his family. He would fly out of Fort Lauderdale on AirTran Airlines on July 6, 2000 and return to Fort Lauderdale on July 11, 2000.



3.  On June 29, 2000, the undersigned contacted Assistant United States Attorney, Ed Ryan, who indicated that he had no objection to the granting of this motion.

WHEREFORE, the Defendant, JAMES BLAKE BEESON, respectfully requests this Honorable Court to grant Defendant a special permit to travel upon the grounds set forth herein.

I HEREBY CERTIFY that a true copy of the foregoing Motion For Special Permission To Travel was delivered by U.S. Mail to Darwin Crenshaw, Pretrial Services Office, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301; and Ed Ryan, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 this __30th__ day of June, 2000.

    Respectfully submitted,

    LYONS AND SANDERS CHARTERED
    Counsel for Defendant
    600 NE Third Avenue
    Fort Lauderdale, FL 33304
    Telephone:  (954)467-8700
    Facsimile:  (954)763-4656

    BY _____
    BRUCE M. LYONS, ESQUIRE
    FLORIDA BAR NO. 104975