

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6158-CR-DIMITROULEAS
                                    MAGISTRATE JUDGE SELTZER
    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

### ORDER ON DEFENDANT'S REQUEST FOR TRAVEL PERMIT

THIS CAUSE having come before the Court upon the Motion For Special Permission To Travel and the Court having reviewed the file, and being otherwise advised in the premises, it is hereupon,

ORDERED and ADJUDGED that said Motion For Special Permission To Travel is hereby _____

_____

_____.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of June, 2000.

MAGISTRATE JUDGE BARRY E. SELTZER
UNITED STATES MAGISTRATE JUDGE
DISTRICT

Copies furnished:
Ed Ryan, AUSA
Bruce M. Lyons, Esquire
Darwin Crenshaw, Pretrial Services