UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-6158-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
)
vs. )
)
JAMES BEESON, )
Defendant. )
_____)



### GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to continue the trial of the above-captioned case. In support, the undersigned would state as follows:

1. The trial of the above-captioned case was continued once thus far, due to the unavailability of defense counsel. The new date set by the Court was August 21, 2000.

2. The undersigned Assistant United States Attorney has scheduled leave for the time period of August 7 through August 28, 2000. During much of that time, the undersigned will be out of the district. Also, during that time the undersigned acts as the sole care provider for the undersigned's two young children.

3. On August 29, the undersigned must appear before United States District Judge James L. King and United States Magistrate Judge William Turnoff respectively on 2255 hearings. Furthermore, during the week of August 28, the undersigned is scheduled to appear before this Court to try the case of United States vs. Dietrich Hammond, 00-6152-CR-Dimitrouleas. Consequently, the undersigned asks that the Court continue the instant case until September 5, 2000.



4. The undersigned has conferred with counsel for the defendant in this case. Counsel stated that he had no objection to such continuance and added that he would benefit from the continuance because he may now need to subpoena the confidential informant who aided the DEA in the investigation of this case.

5. The defendant is free on bond in this case.

6. The defendant's Speedy Trial rights would not be violated by such continuance. In light of defense counsel's unavailability from July 6 through July 26, the time period in which defendant's trial must begin can be conservatively calculated to extend to September 11, 2000.

For all of these reasons, the undersigned respectfully urges this Court to grant the government's motion to continue trial.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By:

                EDWARD R. RYAN
                ASSISTANT UNITED STATES ATTORNEY
                Bar No. A5000053
                500 E. Broward Blvd., Suite 700
                Ft. Lauderdale, FL 33394
                Telephone: (954) 356-7255
                Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 2 day of August, 2000 to: Bruce Lyons, 600 N.E. 3rd Ave., Ft. Lauderdale, FL. 33304

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY