UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 98-6158-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES BEESON,

    Defendant.
_____/

FILED by _____ D.C.

AUG 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE has been heard upon the Government's August 2, 2000 Motion To Continue Trial, said Motion to Continue is GRANTED, in part. Trial is reset until August 30, 2000 at 9:00 A.M. with a Calendar Call on August 25, 2000 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Edward R. Ryan, AUSA

Bruce Lyons, Esquire
600 N.E. Third Avenue
Ft. Lauderdale, FL 33304

