**CRIMINAL MINUTES**

FILED BY _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6158-CR-WPD   DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   James Blake Beeson

U.S. ATTORNEY: Mike Dittoe / Ed Ryan   DEFT. COUNSEL: Bruce Lyons

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue granted. Court resets case to 8/30/00 for calendar call &/or change of plea. The time from today until trial is deemed excludable.

CASE CONTINUED TO: 8/30/00   TIME: 9:30   FOR: Calendar Call

MISC: _____

