UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BLAKE BEESON
Defendant.
_____/

CASE NO. 00-6158-CR-DIMITROULEAS

**ORDER GRANTING CONTINUANCE**

This matter having come before the Court on August 25, 2000 on the Defendant's Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to August 30, 2000 at 9:30 A.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 25 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Edward Ryan, AUSA
       Bruce Lyons, Esq.