**CRIMINAL MINUTES**

FILED by /s/ D.C.
AUG 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

---

CASE NUMBER: 00-6158-CR-WPD    DATE: August 30, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. James Blake Beaver

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Bruce Lyons

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Wept to enter Guilty plea to Count 1. Gov't agrees to dismiss Count 2 at time of sentencing. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 11/17/00    TIME: 11:30    FOR: Sentencing
MISC: Written plea agreement filed.