UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6158-CR-WPD

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

### MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, JAMES BLAKE BEESON, by and through the undersigned counsel, and respectfully moves this Honorable Court for an Order Continuing the Sentencing in the above styled cause and for reasons would state as follows:

1. The Defendant entered a plea to conspiracy to possess with an intent to distribute Methylenedioxy-methamphetamine (MDMA), in violation of Title 21, United States Code, Sections 846 and 841(a)(1). The Court set sentencing for November 17, 2000, at 11:30 a.m.

2. At the time of the entry of the plea, the Defendant understood that there would be no voluntary surrender, and if there were matters that needed to be concluded, that a motion in advance of the sentencing date should be filed. The Defendant has



recently been divorced and is in the process of making arrangements for his ex-wife and children to relocate to Atlanta, Georgia. Additionally, the Defendant and his ex-wife listed and are in the process of finalizing the sale of the marital residence so that the assets can be divided pursuant to the Property Settlement Agreement.

3. Additionally, the undersigned will be participating at the Council meeting of the American Bar Association Criminal Justice Counsel from November 17th through November 20th, 2000.

4. It is the Defendant's desire to obtain the Court's permission that he be allowed to be sentenced after Christmas, since it is anticipated that this Court will incarcerate the Defendant at the time of sentencing.

5. Contact has been made with Assistant United States Attorney Edward Ryan to determine his position on the Motion and he stated that he has no objection to the continuance of the Sentencing hearing.

WHEREFORE, the Defendant respectfully requests this Court continue the Sentencing and reschedule same to any time up through and including the 29th of December, 2000.

2

I HEREBY CERTIFY that a true copy of the foregoing was furnished by mail this 5th day of OCTOBER, 2000, to Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

> LYONS AND SANDERS CHARTERED
> Counsel for Defendant
> 600 Northeast Third Avenue
> Fort Lauderdale, FL 33301
> Telephone: (954)467-8700
> Telecopier: (954)763-4856
> brucelyons@aol.com (Email)
>
> BY _____
> BRUCE M. LYONS, ESQUIRE
> FLORIDA BAR NO. 104975

3