United States District Court
for
SOUTHERN FLORIDA

```
GCT 0 6 2000
CLARENCE MADDOX
CLE'K U.S. DIST. CT.
S.D. OF FLA. FT. LAUD
```

U.S.A. vs. **Blake Beeson**                Docket No. **00-6158-CR-DIMITROULEAS**

Petition for Action on Conditions of Pretrial Release

COMES NOW **DARWIN CRENSHAW**, Pretrial Services Officer, presenting an official report upon the conduct of defendant **BLAKE BEESON** who was placed under pretrial release supervision by the **HONORABLE LURANA S. SNOW** sitting in the court at **FORT LAUDERDALE**, on the **22rd day of May 2000** under the following conditions:

1) $100,000 Personal Surety Bond & $100,000 10%
2) Report to Pretrial Services as directed
3) Travel restricted to the Southern District of Florida
4) Maintain current residence

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here. if lengthy write on separate sheet and attach)

Mr. Beeson has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for cocaine. On September 7, 2000, U.S. Probation Officer Debra Pratt contacted this officer and informed that she is handling the Presentence Report in this case. She related that on September 7, 2000, the defendant submitted to random substance abuse testing and it resulted positive for cocaine. This result was confirmed positive for cocaine on September 18, 2000, by PharmChem Laboratories.

**PRAYING THAT THE COURT WILL ORDER modification of bond as follows: random urinalysis drug testing and/or treatment as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this
6 Day of October 2000
and ordered filed and made a part of the
records in the above case.

Honorable William P. Dimitroruleas
U.S. District Judge

Respectfully,

Darwin L. Crenshaw
U.S. Pretrial Services Officer

Place Ft. Lauderdale, FL

Date September 28, 2000