UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

CASE NO. 00-6158-CR-WPD

FILED by _____ D.C.

OCT 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER GRANTING CONTINUANCE AND RESETTING SENTENCING, IN PART

THIS MATTER was considered upon the Defendant's Motion To Continue the Sentencing currently set for November 17, 2000 at Fort Lauderdale, Florida, bearing Certificate Of Service dated October 5, 2000, based upon the need of Defendant for additional time within which to finalize the sale of his marital residence and to arrange to relocate his ex-wife and children to Atlanta, Georgia, and the unavailability of counsel. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion To Continue Sentencing be and the same is hereby GRANTED, IN PART

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled case is hereby removed from the docket of November 17, 2000 and is hereby reset for November 24, at 9:00 a.m. in Courtroom 203, United States Courthouse, 299 East Broward Boulevard,



Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this __6__ day of October, 2000.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Ed Ryan, Esquire, AUSA
      Bruce M. Lyons, Esquire

*JS probation*