UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
NOV 7 2000

CLARENCE MADDUX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,   CASE NO. 00-6158-CR-DIMITROULEAS
                            MAGISTRATE JUDGE SELTZER
Plaintiff,

vs.

JAMES BLAKE BEESON,

Defendant.
_____/

## MOTION FOR SPECIAL PERMISSION TO TRAVEL

COMES NOW, the Defendant, JAMES BLAKE BEESON, by and through his undersigned counsel and requests this Honorable Court to grant him special permission to travel and as grounds therefor states as follows:

1. Defendant was released on a $100,000.00 personal surety bond. Defendant has surrendered his passport and his travel has been limited to the Southern District of Florida.

2. The Defendant would like to travel to Universal Studios in Orlando with his mother and children to spend some time visiting with his family. He would be driving to Orlando with his family on Thursday November 9th, and return to Fort Lauderdale on November 11th, 2000.

3. The Defendant, now divorced, must help move his former wife and children to their new residence in Atlanta, Georgia. He would be driving a moving vehicle to Atlanta,



Georgia, on November 17th, and returning to Fort Lauderdale on Thanksgiving, November 23rd, 2000.

4. On November 8, 2000, the undersigned contacted Assistant United States Attorney, Ed Ryan, who indicated that he had no objection to the granting of this motion.

WHEREFORE, the Defendant, JAMES BLAKE BEESON, respectfully requests this Honorable Court to grant Defendant a special permit to travel upon the grounds set forth herein.

I HEREBY CERTIFY that a true copy of the foregoing Motion For Special Permission To Travel was delivered by U.S. Mail to Darwin Crenshaw, Pretrial Services Office, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301; and Ed Ryan, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 this 8th day of November, 2000.

Respectfully submitted,

LYONS AND SANDERS CHARTERED
Counsel for Defendant
600 NE Third Avenue
Fort Lauderdale, FL 33304
Telephone: (954)467-8700
Facsimile: (954)763-4856

BY _____
BRUCE M. LYONS, ESQUIRE
FLORIDA BAR NO. 104975