UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

CASE NO. 00-6158-CR-DIMITROULEAS
MAGISTRATE JUDGE SELTZER

### ORDER ON DEFENDANT'S REQUEST FOR TRAVEL PERMIT

THIS CAUSE having come before the Court upon the Motion For Special Permission To Travel and the Court having reviewed the file, and being otherwise advised in the premises, it is hereupon,

ORDERED and ADJUDGED that said Motion For Special Permission To Travel is hereby _Granted_.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _November_, 2000.

_____
UNITED STATES DISTRICT JUDGE
WILLIAM P. DIMITROULEAS

Copies furnished:

Ed Ryan, AUSA
Bruce M. Lyons, Esquire
Darwin Crenshaw, Pretrial Services