## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6158-CR-WPD    DATE: November 24, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Pratt    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. James Blake Beeson

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Bruce Lyons

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
27 months BOP, 3 years supervised release, no fine, $100.00 Assessment

Court recommends designation to a facility where he can receive drug treatment while in prison

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: W-1 Jack Lannom
Deft Informed of Right to Appeal.

