UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,       ) CASE NO. 00-6158-CR-WPD
                                )
            Plaintiff,          )
                                )
        -v-                     )
                                )
JAMES BLAKE BEESON,             )
                                ) Fort Lauderdale, Florida
            Defendant.          ) August 30, 2000
_____) 10:07 a.m.

TRANSCRIPT OF PLEA OF GUILTY

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         EDWARD RYAN, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant         BRUCE M. LYONS, ESQ.
                          600 N.E. Third Avenue
                          Fort Lauderdale, Florida  33304


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657

THIS VOLUME:
Pages 1 - 32

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE