**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6158-CR-DIMITROULEAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| JAMES BLAKE BEESON, | ) |
| Defendant. | ) |



### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to 19 U.S.C. § 3553(e), and § 5k1.1 of the Sentencing Guideline, the United States of America moves for a downward departure of James Blake Beeson's guideline range, based on the substantial assistance he has provided to the Government. The defendant has provided substantial assistance in the investigation and prosecution of others involved in criminal activity, including drug trafficking. The information provided by the defendant has been truthful and reliable. The defendant has provided assistance in a timely manner. The United States will make the full nature and extent of Defendant's cooperation known at sentencing.



WHEREFORE, the United States respectfully requests that this Court depart downward from James Blake Beeson's guideline sentence range for the substantial assistance he has provided.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
Florida Bar Number: A500053
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33301
Tel. (954) 356-7255 Ext.3514
Fax. (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 4th day of January, 2001, to: Bruce M. Lyons, Esquire, Lyons and Sanders, 600 N.E. 3rd Avenue, Ft. Lauderdale, Florida 33304.

EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY

2