UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 00-6158-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Government's January 4, 2001, Motion For Downward Departure [DE-45] and the Court treating it as a Rule 35 Motion, the Court sets a hearing for <u>February 28, 2001 at 1:00 P.M.</u> The Government shall obtain whatever writs or orders necessary to secure the Defendant's presence at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ~~day~~ of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce Lyons, Esquire
600 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304

Edward Ryan, AUSA

