DEFENDANT: **JAMES BLAKE BEESON**
CASE NUMBER: 0:00CR06158-001 WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___27___ month(s).

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive drug treatment while in prison.

☒ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __1-30-01__ to __FPC Eglin__
at __Eglin AFB FL__, with a certified copy of this judgment.
ViA TAC BUS

UNITED STATES MARSHAL

By _____ Deputy U.S. Marshal

01 FEB -9 PM 3:33