UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES BLAKE BEESON,

Defendant.

_____/

CASE NO. 00-6158-CR-WPD
Judge Dimitrouleas

## MOTION TO WAIVE APPEARANCE AT RE-SENTENCING

COMES NOW the Defendant, JAMES BLAKE BEESON, by and through his undersigned counsel and requests this Court to allow and permit the Rule 35 Motion in this matter to be heard without the Defendant's appearance and for reasons would state as follows:

1) The Defendant initially entered a plea in this matter and subsequently testified for the Government in the trial of a co-defendant which resulted in a conviction.

2) That the Government, pursuant to Rule 35 has filed its Motion for Reconsideration for this Defendant. A copy of this Motion is attached as Exhibit "1".

3) That this matter is set for re-sentencing for February 28, 2001, before this Court and it is the Defendant's belief the Court wishes the Defendant to be present.

4) As part of the sentencing in this matter the Court suggested that the Defendant be considered, if eligible, for the drug program at the institution where he was to be housed.



5) That the Defendant was initially in Tallahassee and has now been transferred to Egland where he is scheduled to begin and participate in the drug program which starts on March 1st, 2001.

6) Both the Government and the Defendant would specifically waive the Defendant's appearance at this hearing so that the Defendant can begin to participate in the drug program at this facility. If the Defendant is transported for the hearing on this matter, he will miss the start date of the program, and may not be eligible to participate upon his return after re-sentencing.

7) Other grounds argued *Ore Tenus.*

**WHEREFORE**, the Government and the defense specifically request this Court waive the Defendant's appearance at re-sentencing in accordance with the reasons stated herein.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by hand delivery this 14th day of February, 2001, to AUSA EDWARD RYAN, Office of the United States Attorney, 500 East Broward Boulevard, 2nd Floor, Fort Lauderdale, Florida 33301.

> LYONS AND SANDERS CHARTERED
> Counsel for Defendant
> 600 Northeast Third Avenue
> Fort Lauderdale, FL 33301
> Telephone: (954)467-8700
> Telecopier: (954)763-4856
> brucelyons@aol.com (Email)
>
> BY
> BRUCE M. LYONS, ESQUIRE
> FLORIDA BAR NO. 104975

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.  __00-6158-CR-DIMITROULEAS__

UNITED STATES OF AMERICA,        )
                                 )
vs.                              )
                                 )
JAMES BLAKE BEESON,              )
                                 )
            Defendant.           )
_____ )

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
## BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to 19 U.S.C. § 3553(e), and § 5k1.1 of the Sentencing Guideline, the United States

of America moves for a downward departure of James Blake Beeson's guideline range, based on the

substantial assistance he has provided to the Government. The defendant has provided substantial

assistance in the investigation and prosecution of others involved in criminal activity, including drug

trafficking. The information provided by the defendant has been truthful and reliable. The defendant

has provided assistance in a timely manner. The United States will make the full nature and extent

of Defendant's cooperation known at sentencing.

Exhibit "1"

WHEREFORE, the United States respectfully requests that this Court depart downward from

James Blake Beeson's guideline sentence range for the substantial assistance he has provided.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
Florida Bar Number: A500053
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33301
Tel. (954) 356-7255  Ext.3514
Fax. (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 4th day

of January, 2001, to: Bruce M. Lyons, Esquire, Lyons and Sanders, 600 N.E. 3rd Avenue, Ft.

Lauderdale, Florida 33304.

_____

EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY

2