

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6158-CR-WPD
Judge Dimiatrouleas

    Plaintiff,

vs.

JAMES BLAKE BEESON,

    Defendant.
_____/

### ORDER ON MOTION TO WAIVE APPEARANCE AT RE-SENTENCING

THIS MATTER was considered upon the Defendant's Motion To Waive Appearance at Re-Sentencing currently set for February 28, 2001 at Fort Lauderdale, Florida, bearing Certificate Of Service dated February 14, 2001, based upon the need of Defendant to begin and participate in the drug program at Egland which starts on March 1st, 2001. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion To Waive Appearance at Re-Sentencing is hereby _Granted. The marshall shall not transport the Defendant back to Ft Lauderdale for the February 28th hearing_.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this _14_ day of _February_ 2001.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  Ed Ryan, Esquire, AUSA
     Bruce M. Lyons, Esquire
     US Marshall