## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS



CASE NUMBER: 00-6158-CR-WPD      DATE: February 28, 2001

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA      VS. James Blake Beeson

U.S. ATTORNEY: Ed Ryan      DEFT. COUNSEL: Bruce Lyons
Dana Washington

REASON FOR HEARING: Rule 35 - motion to Reduce Sent.

RESULT OF HEARING: Presence of Deft is waived for this hearing. Gvt's motion to Reduce is granted. Sentence is Reduced to 13 months Imprisonment.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____