UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6158-CR-DIMITROULEAS

Plaintiff,

vs.

JAMES BLAKE BEESON,

Defendant.



**ORDER**

THIS CAUSE having been heard before the Court on February 28, 2001 upon the

Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon

consideration of the government's motion and being duly advised , it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is

hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to 13 months

Imprisonment. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

28 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Dana Washington, AUSA
Bruce Lyons, Esq.
U.S. Probation Office
U. S. Marshal

